AUSA: DePorre Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Sutara, ATF Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Deandre Jamar Chambers Jr.

Case: 4:26-mj-30561
Judge: Ivy, Curtis

Filed: 09-11-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 11, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(u) | Theft from a federally licensed firearm dealer |
| 18 U.S.C. § 922(j) | Possession of stolen firearms |

This criminal complaint is based on these facts:

There is probable cause that on September 11, 2026, Deandre Jamar Chambers Jr (XX-XX-2003) and others violated 18 U.S.C. § 922 (u) (theft from a federally licensed firearm dealer) and 18 U.S.C. § 922(j) (possession of stolen firearms).

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 11, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Nathan Sutara, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief and that this affidavit is based on the following facts:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and

circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, there is probable cause that on September 11, 2026, Deandre Jamar Chambers Jr (XX-XX-2003) and others violated 18 U.S.C. § 922(u) (theft from a federally licensed firearm dealer) and 18 U.S.C. § 922(j) (possession of stolen firearms).

## BACKGROUND

4. On September 11, 2026 at approximately 0353hrs, officers with the Burton Police Department were dispatched to the Dunham's Sports in Burton, Michigan for a burglary alarm.

5. Upon arrival, Burton Police Officers observed a Kia Soul vehicle backed up to the rear (south end) of the business. The vehicle was running, and multiple doors on the vehicle were open.

6. As Burton Officers exited their vehicles to respond, they observed a black male run north into the rear entrance of the store, away from police. Police later observed that four (4) unknown males broke the front doorway entry glass and departed in an unknown direction.




7. As police continued to search the premises, they observed the pistol display case tipped over. They also noted several of the rifle cases had broken glass, and rifles were missing. Further, police observed several rifles on the floor, likely from the suspects dropping them as they fled from police.




BIGGER BUCK!


MAKE IT SAFE
WE THE PEOPLE HOLSTERS
PROTECT IT OR LOSE IT.

8. Police further observed that the Kia Soul vehicle near the rear doorway was unoccupied, but contained eight (8) of Dunham's firearms in the trunk.






9. As can be seen from the above photograph, the Kia Soul had MI/Reg: EXF 2475 attached. When conducting a query on this, it was discovered the vehicle was reported stolen by the owner hours before this burglary.

10. Burton Police then began to process and search the vehicle for additional evidence. Police located a cellphone in the vehicle. Police pressed the

"power" button and observed the below picture as the "lockscreen" of the device:




11. I took a photograph of this lockscreen, and dispersed it to state/local police detectives, as well as ATF informants for possible identification.

12. Moments later, an ATF confidential informant (ATF-1) stated the male is Deandre Chambers.

13. II have known the identity of ATF-1 for over 1 year. During that time, ATF-1 has provided me and/or other law enforcement with information that has been independently corroborated. Additionally, I have never known ATF-1 to lie to me. As a result, I believe ATF-1's identification of Chambers. ATF-1 knew Chambers though acquaintances and because the live in the same neighborhood.

14. In addition to ATF-1, a Flint PD Detective also confirmed the man as Deandre Lamar Chambers and was also able to confirm the identity of the woman in the picture.

15. I further reviewed photographs of Deandre Chambers and confirmed myself that the male in the photo is Chambers.

16. Finally, the police were able to obtain the phone number for this item. Open source data indicated that the phone number was used by Deandre Chambers.

17. As part of the investigation, I reviewed the surveillance footage provided by Dunham's Sports. In the video, it shows a black male with a dark hooded sweatshirt wearing a mask (suspect-1) gaining entry into the backroom of Dunham's Sports. This male then kicks open the emergency exit door to allow suspects 2, 3, & 4 into the store.

18. As the males proceed into the store, the appearance of one of the suspects was consistent with Deandre Chambers. This is based on Chambers's Driver's License photograph which shows him with long dreads, as well as his build

listed on his driver's license: Chambers is listed as 6'01" and 250lbs. It should be noted that his Michigan Driver's license was issued on Feb 09, 2026. Chambers's address with the secretary of state and in open source information is different from the address of the owner of the Kia Soul.



19. Through reviewing the footage further, the suspects, including the one whose appearance is consistent with Chambers, proceed to the pistol display case. They made numerous attempts to gain entry into the pistol case via striking it with a crow bar, but none were successful.

20. Chambers moved on to the rifle case. He can be seen on the video smashing the glass, clearing some of the shards away with his hand/arm, then removing multiple firearms.









21. As the suspects were spotted by police, the video shows the suspects

running to the front entrance doors. Chambers is then seen smashing the entry glass doors with a crowbar; all suspects then flee on foot.

22. During an inventory conducted by Dunham's Sports, eight (8) of their firearms were located in the trunk of the vehicle outside the Dunham's. An additional five (5) firearms were found on the floor inside the store. After all firearms were collected, Dunham's could account for all of their firearms; zero left with the suspects as the fled.

23. Based on my experience, I am aware that Dunham's is a federally licensed firearms dealer.

## CONCLUSION

24. Based on the facts above, there is probable cause that on September 11, 2026, Deandre Jamar Chambers Jr (XX-XX-2003) and others violated 18 U.S.C. § 922(u) (theft from a federally licensed firearm dealer) and 18 U.S.C. § 922(j) (possession of stolen firearms).

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 11th day of September, 2026.

Hon. Curtis Ivy Jr.
United States Magistrate Judge